1  PHILIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
       160 Spear Street, Suite 800
5      San Francisco, California 94105
   Telephone: (415) 977-8985
6  Facsimile: (415) 744-0134
   E-Mail: Michael.Marriott@ssa.gov
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JASMINE SUZI INTHARINH, | Civil No. 2:16-cv-01236-CMK |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her MSJ. Defendant respectfully requests this additional time because of a very heavy workload, including a Ninth Circuit merits brief that must be completed by the end of this week. This additional time will allow Defendant to properly consider the lengthy administrative record (800+ pages), as well as Plaintiff's contentions.

1

Stip. to Extend Def.'s MSJ

    The new due date for Defendant's MSJ will be Wednesday, May 3, 2017.

                                   Respectfully submitted,

Date: *April 24, 2017*        By:    */s/ Young Chul Cho\**
                                        YOUNG CHUL CHO
                                        *\* By email authorization on April 24, 2017*
                                        Attorney for Plaintiff

Date: *April 24, 2017*                PHILIP A. TALBERT
                                        United States Attorney

                                By:    */s/ Michael K. Marriott*
                                        MICHAEL K. MARRIOTT
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

                                        <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: April 26, 2017

                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ