PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JASMINE SUZI INTHARINH, | Civil No. 2:16-cv-01236-CMK |
| Plaintiff, | **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her MSJ. Defendant respectfully requests this additional time because of a very heavy workload, including a Ninth Circuit merits brief that is taking more time than expected, as well as four other District Court merits briefs upcoming in the next two weeks.

    The new due date for Defendant's MSJ will be Friday, June 2, 2017.

1

|   |   |   |   |
|---|---|---|---|
| Date: *May 2, 2017* | | Respectfully submitted, |
| | By: | */s/ Young Chul Cho\** |
| | | YOUNG CHUL CHO |
| | | *\* By email authorization on May 2, 2017* |
| | | Attorney for Plaintiff |

Date: *May 2, 2017*             PHILIP A. TALBERT
                                United States Attorney

                        By:     */s/ Michael K. Marriott*
                                MICHAEL K. MARRIOTT
                                Special Assistant United States Attorney
                                Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: May 3, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE