PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JASMINE SUZI INTHARINH, | Civil No. 2:16-cv-01236-CMK |
| Plaintiff, | **STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

     IT IS HEREBY STIPULATED by the parties, and with the approval of the Court, that Defendant shall have a third extension of time of 15 days to file her MSJ. After reviewing Plaintiff's MSJ and the administrative record, Defendant's of counsel respectfully requests this additional time to consult with the Appeals Council regarding the possibility for a voluntary remand in lieu of further litigation.

1

Stip. to Extend Def.'s MSJ

The new due date for Defendant's MSJ or any remand stipulation will be Monday, June 19, 2017.

Respectfully submitted,

Date:  June 2, 2017          By:     /s/ Young Chul Cho*
                                     YOUNG CHUL CHO
                                     * By telephone authorization on June 1, 2017
                                     Attorney for Plaintiff

Date:  June 2, 2017                  PHILIP A. TALBERT
                                     United States Attorney

                             By:     /s/ Michael K. Marriott
                                     MICHAEL K. MARRIOTT
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated:  June 7, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ