| | |
|---|---|
| 1 | PHILIP A. TALBERT<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX<br>Social Security Administration |
| 4 | MICHAEL K. MARRIOTT, CSBN 280890<br>Special Assistant United States Attorney |
| 5 | 160 Spear Street, Suite 800<br>San Francisco, California 94105 |
| 6 | Telephone: (415) 977-8985 |
| 7 | Facsimile: (415) 744-0134<br>E-Mail: Michael.Marriott@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JASMINE SUZI INTHARINH, | ) Civil No. 2:16-cv-01236-CMK |
| Plaintiff, | ) **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | ) |
| NANCY A, BERRYHILL,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

Upon remand to the defendant, the Office of Disability Adjudication and Review (ODAR) will remand this case to an Administrative Law Judge (ALJ) with instructions to reassess Plaintiff's residual functional capacity, obtain supplemental vocational expert testimony, and issue a new decision.

Stip. to Remand            1

Respectfully submitted,

Date: *June 16, 2017*        LAW OFFICES OF LAWRENCE D. ROHLFING

By:   */s/ Young Chul Cho\**
      YOUNG CHUL CHO
      *\* By email authorization on June 16, 2017*
      Attorney for Plaintiff

Date: *June 16, 2017*        PHILIP A. TALBERT
                             United States Attorney

By:   */s/ Michael K. Marriott*
      MICHAEL K. MARRIOTT
      Special Assistant United States Attorney
      Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: June 29, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Remand                      2